455 A.2d 634

**COMMONWEALTH of Pennsylvania**

v.

**Howard GIBSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1983.

Decided Feb. 1, 1983.

Burton A. Rose, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Gaele McLaughlin Barthold, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Order of the Superior Court affirmed, 271 Pa.Super. 499, 414 A.2d 364.